FILED
2014 Feb-10 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983
TMP
W

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

2014 FEB -7 P 12:07

Silas Reed

Inmate Identification Number: 177395

(Enter above the full name of the plaintiff in this action)

*NOTICE TO FILING PARTY*

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Judge Eddie Hardway Jr.
Sheriff Tyrone Clark
Chairman- Commissioner Marcus Campbell
Circuit Clerk Devon James

CV-14-BE-0226-W

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No ( ✓ )

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: ______________________

______________________

Defendant(s): ______________________

______________________

2. Court (if Federal Court, name the district; if State Court, name the county)

______________________________

3. Docket number ______________________________

4. Name of judge to whom case was assigned ______________________________

______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________________

______________________________

6. Approximate date of filing lawsuit ______________________________

______________________________

7. Approximate date of disposition ______________________________

II. Place of present confinement Sumter County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ ) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( ✓ ) No ( )

C. If your answer is YES:

1. What steps did you take? I filed Motions and Com-plaints to the above Defendants.

2. What was the result? No - Reply and No Changes.

______________________________

D. If your answer is NO, explain why not: ______________________________

______________________________

______________________________

______________________________

______________________________

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Silas Reed

Address P. O. Box 773
Livingston, Al. 35470

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Eddie Hardaway Jr.

Is employed as Sumter County Circuit Judge

at The Sumter County Courthouse

C. Additional Defendants Tyrone Clark Sumter County Sheriff, Marcue Campbell Sumter County Cherman Commissioner, Devon James Sumter County Circuit Clerk, Each at the Sumter Courthouse

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On June 13th, 2013 I (Silas Reed), was arrested and place in the Sumter County Jail for: "Failure to pay" Court Fine from A Case in 1996. Two (2) Months later I, (Silas Reed), still haven't appeared in Court, So On August 19th, 2013 I wrote the Court (Judg Eddie Hardaway JR) and told Him

I WAS UNEMployed AND IS UNAble to PAY the FINE At this time. I got No Responds from the Courts (Judge). I Requested to the Sheriff (Tyrone Clark) to help me get A respond from the...

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I will like to RECEIVE A Court appointed LAWYER AND A Court Appearance AS SOON AS Poss-able. I AM limited IN MY UNDERSTANDING of My Constitutional Rights but I AM SURE that MANY has been Violated by the Sumter County Officials. I wish the Court to Add...

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/5/2014

Silas Reed
SIGNATURE

ADDRESS P. O. BOX 773
Livingston, Al. 35470

AIS # 177395

Cont. "Statement of Clam"

...Courts and was told the Sheriff Department don't have anything to do with me being in Jail. On November 12th, 2013 I (Silas Reed), petitions the Courts, pro-se, for an Appointment of Counsel and haven't Received any Responds. On November 24th 2013 I (Silas Reed), wrote to the Circuit Clerk (Devon James) and requested for a Affidavit of Hardship form and once again I got No Responds. On December 6th, 2013 I wrote the Circuit Clerk (Devon James) again after being in Jail for six (6) Months requesting for an Appointment of Counsel or a Court Appearance and the Circuit Clerk, (Devon James), told me after being in Jail for six (6) Months that I (Silas Reed), can not get a Lawyer and will have to sit in Jail for another six (6) Months before I can see the Judge. On December 16th, 2013 I (Silas Reed), wrote the District Attorney (Gregory S. Griggers), and explains My situation. I stated to the District Attorney (Gregory S. Griggers) that I was incarcerated for sex (6) Months and haven't had a Lawyer or as a indigent ~~inmate~~ inmate I wasn't appointed any Attorney to represent me. I also stated I haven't had a Court Appearance. On January 6th, 2014

I (Silas Reed), petition the Court a "Affidavit of fact," Right to a speedy trial, and Right to an Appointment of Counsel and again No Responds. On January 8th 2014, I (Silas Reed), received a letter from the District Attorney (Gregory S. Griggers), stating He received my letter and was forwarding my letter to the Circuit Judge (Eddie Hardaway) because He (DA-Gregory Griggers), had No knowledge of me (Silas Reed) being incarcerated for Seven (7) Months for unpaid Court Costs and Not having a Court appearance. The Sumter County Officials, - Judge Eddie Hardaway Jr. who is the Circuit Judge for Sumter County Alabama denied Me, (Silas Reed), of an appointment of Counsel as a indigent Defendant. I was also denied a Right to a speedy Trial without a reason or a Notice of the reason why. I had tried to Eliminate My Situation by first writing and Complainting to the Courts (Judge Eddie Hardaway Jr.), here in Sumter County who is the Circuit Judge and residing Judge Over My (Silas Reed) Cases. I also written and complainted to the District Attorney, (Gregory S. Griggers), and (Marcue Campbell), who is the Chirman of

Commissioner here in Sumter County. I never received any responds nor have I had any Court Appearance. I wrote the Circuit Clerk (Devon James), many times and only got one respond back to inform me that I can not get a lawyer and have to sit in Jail until the unpaid fine is paid. I also wrote many requests to the Sheriff (Tyrone Clark), complainting about my incarceration for so long without seeing the Judge nor having a Lawyer and still no changes. I am stuck in the Sumter County Jail with no Lawyer, no Court Appearance, and no responds from the Court nor these Officials of Sumter County Courts. The unprofessionalism and lack of concern and well being for its Detainees that was shown in the Sumter County Officials of the 17th judicial Circuit and District Courts and the Neglegence that are being shown to me (Silas Reed), has caused me (Silas Reed), Emotional and Mental injury in the forms of that I suffers Nervious and panic disorders which I had to seek Medical attention from "Rush Medical Clinic" in Livingston, Alabama.

of 1

Silas Reed
2/5/2014

Cont. "Relief"

...Any that it may find in this Complaint. I am Asking the Court for an Declaratory and/or injunction Relief. I am also requesting for Monetary Damages. Damages in the form of Compensatory Damages for Mental and Emotional distress I had Suffered in the form of Emotional pain and Suffering in the Amount of, Twenty five Thousand dollars ($25,000.00). Normal and/or Nominal Damages in the Amount of, Twelve Thousand dollars ($12,000.00) and Punitive Damages in the Amount of Whatever the Court See fit. Lost Wages in the Amount of Eight Thousand dollars ($8,000.00).

[signature]
2/5/2014

# "Statement of Claim"

On June 13th 2013 I (Silas Reed), was arrested and place in the Sumter County Jail for "Failure to pay" Court fine from a case in 1996. Two (2) Months later I, Silas Reed), still haven't appeared in Court so on August 19th 2013 I wrote the Courts (Judge Eddie Hardaway Jr) and told him I was unemployed and is unable to pay the fine at this time, I got no responds from the Courts (Judge). I requested to the Sheriff (Tyrone Clark) to help me get a respond from the Courts and was told the Sheriff Department don't have anything to do with me being in Jail. On November 12th, 2013 I, (Silas Reed) petitions the Courts, pro-se, for an Appointment of Counsel and haven't Received any responds. On November 24th 2013 I (Silas Reed), wrote to the Circuit Clerk (Devon James) and Requested for a Affidavit of Hardship form and once again I got no responds. On December 6th 2013 I wrote the Circuit Clerk (Devon James) again after being in Jail for six (6) Months requesting for an appointment of Counsel or a Court Appearance and the Circuit Clerk (Devon James), told me after being in

Jail For Six(6) Months that I (Silas Reed), can not get a Lawyer and will have to sit in Jail for another Six(6) Months before I can see the Judge. On December 16th, 2013 I (Silas Reed), wrote the District Attorney (Gregory S. Griggers), and explain my situation. I stated to the District Attorney (Gregory S. Griggers), that I was incarcerated for six(6) months and haven't had a Lawyer or as a indigent inmate I wasn't appointed any Attorney to represent me. I also stated I haven't had a Court Appearance. On January 6th, 2014 I (Silas Reed), petition the Court a "Affidavit of fact" - Right to a Speedy Trial and Right to an Appointment of Counsel and again no responds. On January 8th, 2014 I, (Silas Reed), received a letter from the District Attorney (Gregory S. Griggers), stating He received my letter and was forwarding my letter to the Circuit Judge (Eddie Hardway Jr), because He (DA-Gregory S. Griggers), had no knowledge of me, (Silas Reed), being incarcerated for seven(7) months for unpaid Court Costs and not having a Court appearance. The Sumter County Officials, - Judge Eddie Hardway Jr. who is the Circuit Judge for Sumter

*

2 of 1

County Alabama Denied Me, (Silas Reed), of an Appointment of Counsel as a Indigent Defendant. I was also denied a Right to a speedy Trial without a Reason or a Notice of the Reason why. I had tried to Eliminate My Situation by first writing and Complainting to the Courts, Judge Eddie Hardway Jr.), here in Sumter County who is the Circuit Judge and Residing Judge Over my, (Silas Reed), Cases. I also written and Complainted to the District Attorney, (Gregory S. Griggers), and (Marcue Campbell), who is the Chairman of Commissioner here in Sumter County. I never Recieved Any Responds nor have I had any Court Appearance. I wrote the Circuit Clerk (Devon James), many times and only got one respond back to inform me that I can not get a Lawyer and have to sit in Jail until the unpaid fine is paid. I also wrote many requests to the Sheriff, (Tyrone Clark), Complainting about my incarceration for so long without seeing the Judge nor having a Lawyer and still no changes. I am stuck in the Sumter County Jail with no Lawyer, No Court Appearance, and no Responds from the

Courts Nor those Officials of Sumter County Courts. THE unprofessionalism and lack of Concern and well being for its Detainees that was shown in the Sumter County Officials of the 17th judicial Circuit and District Courts and the Negligence that are being shown to me, (Silas Reed), has Caused Me (Silas Reed), Emotional and Mental injury in the forms of that I Suffers Nervious and panic dysorders Which I had to seek Medical Attention from "Rush Medical Clinic" in Livingston, Alabama.

Silas Reed
2/5/2014

"Relief"

I will like to receive a Court appointed Lawyer and a Court appearance as soon as possible. I am limited in my under-standing of my Constitutional Rights but I am sure that many has been Violated by the Sumter County Officials. I wish the Court to add any that it may find in this Complaint. I am asking the Court for an Declaratory and/or injunction Relief. I am also requesting for Moneytary Damages Damages in the form of Compensatory Damages for Mental and Emotional distress I had suffered in the form of Emotional pain and suffering in the Amount of Twenty-five Thousand dollars ($25,000.00). Normal and/or Nominal Damages in the Amount of Twelve Thousand dollars ($12,000.00) and Punitive Dam-ages in the Amount of Whatever the Court see fit. Lost wages Damages in the Amount of Eight Thousand dollars ($8.000.00).

[signature]
2/5/2014

"Notice of Suit"

Honorable Judge Eddie Hardaway, Jr.
Circuit Court Judge of Sumter County
P.O. Box Drawer 290
Livingston, Al. 35470

Tyrone Clark
Sheriff of Sumter County, Alabama
P.O. Box 773
Livingston, Al. 35470

Marcus Campbell
Chirman County Commissioner
Sumter County Alabama
318 S. Washington Street
Livingston, Al. 35470

Devon James
Circuit Clerk of Sumter County, Alabama
115 Franklin Street
Livingston, Al. 35470